UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

AMY SZYMANSKI,

        Plaintiff,

v.                                         Case No. 18-cv-599-pp

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

        Defendant.

---

**ORDER APPROVING STIPULATION FOR DISMISSAL (DKT. NO. 15)**

---

On October 24, 2018, the parties in this case filed a stipulation of dismissal. Dkt. No. 15. The court **APPROVES** the stipulation and **ORDERS** that this case is **DISMISSED with prejudice**, with each party to bear its own costs and attorneys' fees.

Dated in Milwaukee, Wisconsin this 25th day of October, 2018.

                                        **BY THE COURT:**

                                        _____
                                        **HON. PAMELA PEPPER**
                                        **United States District Judge**